Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUL 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVINO WILLIAMSON, | Case No. ED CV 08-243-GPS (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendants. | |

Pursuant to the Order Dismissing Case,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 8, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\WILLIAMSON, A 243\Judgment.wpd